Decision Per Curiam.

---

Sarah L. Mattair, Appellant, vs. Leopold Furchcott, trading under the firm name of Kohn, Furchgott & Co., Appellee.

Appeal from Circuit Court Alachua county.

No appearance for Appellant.

*Hampton & Ammons*, for Appellee.

The bill in this cause was filed by the appellant against the appellee. There was decree for the defendant, and the complainant appeals.

Appeal dismissed on motion of counsel for appellee, for failure to prosecute.